**Fill in this information to identify the case:**

Debtor name: Lladro Galleries, Inc.
United States Bankruptcy Court for the: Southern District of NY (State)
Case number (If known): 20-11618

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AMAZON CAPITAL SERVICE<br>PO Box 035184<br>Seattle, WA   98124-5184 | | Supplies | Unliquidated | | | $963.02 |
| 2 | C2 Imaging LLC<br>Solutions Center Box 774537<br>Chicago, IL 60677-4005 | | Marketing Decoration | Unliquidated | | | $13,515.03 |
| 3 | CLEANING BUILDING SERVICES<br>1133 Broadway, Suite 412<br>NEW YORK, NY  10010 | | Cleaning Madison Store | Unliquidated | | | $1,787.91 |
| 4 | CON EDISON<br>Jaff Station<br>New York, NY 10116-1702 | | Power Service | Unliquidated | | | $3,131.10 |
| 5 | Custom Channels<br>2569 Park Lane, Suite 104<br>Lafayette, CO 80026 | | Music at the stores | Unliquidated | | | $525.00 |
| 6 | D&L Transfer<br>553 Calvin Street<br>BERGEN District<br>Washington Township, NJ 07676 | | Shipping service | Unliquidated | | | $3,055.84 |
| 7 | DAY ELEVATOR AND LIFT<br>50 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | | Maintenance | Unliquidated | | | $1,633.13 |
| 8 | Desert Hills Premium Outlets<br>c/o Simon Property Group - Premium Outlets<br>105 Eisenhower Parkway, 1st Floor<br>Roseland, NJ 07068 | | Rent | Unliquidated | | | $79,030.64 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

Debtor  Lladro Galleries, Inc.
        Name

Case number (if known)

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | FEDEX-NYC<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | | Shipping service | Unliquidated | | | $56.05 |
| 10 | Granite Telecommunications LLC<br>P.O. Box 983119<br>Boston, MA 02298-3119 | | Telecommunications | Unliquidated | | | $1,337.52 |
| 11 | Johnson Controls Security Solutions<br>PO Box 321967<br>Pittsburgh, PA 15250-7967 | | Security | Unliquidated | | | $5,799.60 |
| 12 | Omni Berkshire Place<br>21 East 52nd Street<br>New York, NY 10022<br>Attention: General Manager | | Rent | Unliquidated | | | $358,547.00 |
| 13 | Sovereign Service Corp.<br>307 Seventh Avenue<br>New York, NY 10001 | | Service technician | Unliquidated | | | $2,444.25 |
| 14 | Williamsburg Outlets L.L.C.<br>c/o Simon Property Group<br>60 Columbia Rd. Bldg B, 3rd Floor<br>Morristown, NJ 07960 | | Rent | Unliquidated | | | $66,448.91 |
| 15 | Williamsburg Storage<br>5151 Mooretown Road<br>Williamsburg, VA 23188 | | Storage | Unliquidated | | | $1,179.00 |
| 16 | Woodbury Common Premium Outlets<br>Premium Outlet Partners, L.P.<br>c/o Simon Property Group<br>60 Columbia Rd, Building B, 3rd Floor<br>Morristown, NJ 07960 | | Rent | Unliquidated | | | $67,697.37 |
| 17 | XPO LAST MILE, Inc.<br>Network Place 29564<br>Chicago, IL 60673-1564 | | Shipping Service | Unliquidated | | | $150.47 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |