Peter J. Haley (*pro hac vice pending*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square
Boston, MA  02109
Tel: (617) 217-4714
Fax: (617) 217-4750
peter.haley@nelsonmullins.com

Alan F. Kaufman (Bar No. 3054707)
NELSON MULLINS RILEY & SCARBOROUGH LLP
280 Park Avenue
New York, NY  10017
Tel: (646) 428-2600
Fax: (646) 428-2610
alan.kaufman@nelsonmullins.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LLADRO GALLERIES, INC. | Case No. 20-11618 |
| Debtor. | (Subchapter V) |

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of entities which own ten percent or more of the above-captioned debtor's equity interest. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| NAME | PERCENT OWNERSHIP |
|---|---|
| Lladro, S.A. | 60% |
| Tesorval, S.A. | 40% |

NELSON MULLINS RILEY &
SCARBOROUGH LLP


By: */s/ Peter J. Haley*
Peter J. Haley (*pro hac vice pending*)
One Post Office Square, 30th Floor
Boston, MA 02109
Tel: (617) 217-4714
Fax: (617) 217-4750
peter.haley@nelsonmullins.com

- and -

Alan F. Kaufman (Bar No. 3054707)
280 Park Avenue
New York, NY 10017
Tel: (646) 428-2600
Fax: (646) 428-2610
alan.kaufman@nelsonmullins.com


*Proposed Counsel for the Debtor and Debtor in Possession*