WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Direct (212) 510-0539
Mobile (202) 503-7276
andrea.b.schwartz@usdoj.gov
By: Andrea B. Schwartz, Esq., Trial Attorney

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In re                                           :    Chapter 11
                                                :    Subchapter V
LLADRO GALLERIES, INC.      ,                   :
                                                :    Case No. 20-11618 (SCC)
                           Debtor.              :
-------------------------------------------------------------- X

TO: THE HONORABLE SHELLEY C. CHAPMAN,
    UNITED STATES BANKRUPTCY JUDGE:

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> **Heidi J Sorvino, Esq.**
> **White and Williams LLP**
> **7 Times Square, Suite 2900**
> **New York, New York. 10036**
> **212-631-4417**
> **917-301-9138 (mobile)**
> **sorvinoh@whiteandwilliams.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: Los Angeles, California              WILLIAM K. HARRINGTON
       July 15, 2020                        UNITED STATES TRUSTEE

                                            By     */s/ Andrea B. Schwartz*
                                                   Andrea B. Schwartz, Esq.