Peter J. Haley (*pro hac vice pending*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Tel: (617) 217-4714
Fax: (617) 217-4750
peter.haley@nelsonmullins.com

Alan F. Kaufman (Bar No. 3054707)
NELSON MULLINS RILEY & SCARBOROUGH LLP
280 Park Avenue
New York, NY 10017
Tel: (646) 428-2600
Fax: (646) 428-2610
alan.kaufman@nelsonmullins.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LLADRO GALLERIES, INC. | Case No. 20-11618 |
| Debtor. | (Subchapter V) |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter J. Haley, hereby certify that the below document filed through the CM/ECF system on July 14, 2020 was served on the following participants by electronic mail through the Courts CM/ECF system and/or a copy was sent by US Mail to all parties on the service list below.

    1.  Omnibus Motion for Authority to Reject Certain Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code (Document 7).

<u>Electronic Mail CM/ECF System</u>:

United States Trustee (USTPRegion02.NYECF@USDOJ.GOV)

<u>US Mail</u>

Amazon Capital Service
PO Box 035184
Seattle, WA 98124-5184

C2 Imaging LLC
Solutions Center Box 774537
Chicago, IL 60677-4005

Cleaning Building Services
1133 Broadway
Suite 412
New York, NY 10010

Con Edison
Jaff Station
New York, NY 10116-1702

Custom Channels
2569 Park Lane
Suite 104
Lafayette, CO 80026

D&L Transfer
553 Calvin Street
Bergen District
Washington Township, NJ 07676

Day Elevator and Lift
50 Hempstead Gardens Drive
West Hempstead, NY 11552

Desert Hills Premium Outlets
PO Box 822884
Philadelphia, PA 19182-2873

Desert Hills Premium Outlets
c/o Simon Property Group –
Premium Outlets.
105 Eisenhower Parkway, 1st Floor
Roseland, NJ 07068

FedEx-NYC
PO Box 371461
Pittsburgh, PA 15250-7461

Granite Telecommunications LLC
P.O. Box 983119
Boston, MA 02298-3119

Johnson Controls Security Solutions
PO Box 321967
Pittsburgh, PA 15250-7967

Lladro USA Inc.
D&D Building
979 Third Ave
Suite 1805
New York, NY 10022

Lladro USA Inc.
D&D Building
979 Third Ave
Suite 1805
New York, NY 10022

Omni Berkshire Place
21 East 52nd Street
New York, NY 10022
Attention: General Manager

Omni Berkshire Place
c/o TRT Holdings, Inc.
600 East Las Colinas Blvd.
Irving, TX  75039
Attention: Legal Department

Omni Berkshire Place
c/o Omni Hotels
420 Decker Drive
Irving, TX  75062
Attention: Paul Dietzler

Sovereign Service Corp.
307 Seventh Avenue
New York, NY 10001

Williamsburg Outlets L.L.C.
c/o Simon Property Group
60 Columbia Rd, Bldg B, 3rd Floor
Morristown, NJ  07960

Williamsburg Storage
5151 Mooretown Road
Williamsburg, VA 23188

Woodbury Common Premium Outlets
PO Box 822884
Philadelphia, PA 19182-2884

Woodbury Common Premium Outlets
Premium Outlet Partners, L.P.
c/o Simon Property Group
60 Columbia Rd, Building B, 3rd Floor
Morristown, NJ 07960

XPO Last Mile Inc.
Network Place 29564
Chicago, IL 60673-1564

TRT Holdings, Inc.
600 East Las Colinas Blvd.
Irving, TX  75039
Attention: Legal Department

Omni Hotels
420 Decker Drive
Irving, TX  75062
Attention: Paul Dietzler

Omni Berkshire Corporation
21 East 52nd Street
New York, NY 10022
Attention: General Manager

Woodbury Premium Outlet Partners, L.P.
c/o Simon Property Group
60 Columbia Rd, Building B, 3rd Floor
Morristown, NJ  07960

Dated: July 15, 2020

*/s/ Peter J. Haley*
Peter J. Haley (BBO# 543858)
*(Pro Hac Vice Pending)*
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Tel. (617) 217-4714
Fax. (617) 217-4750
Email: peter.haley@nelsonmullins.com
*Counsel for Debtor Lladro Galleries, Inc.*