Peter J. Haley (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center
Boston, MA  02111
Tel: (617) 217-4714
Fax: (617) 217-4750
peter.haley@nelsonmullins.com

Alan F. Kaufman (Bar No. 3054707)
NELSON MULLINS RILEY & SCARBOROUGH LLP
280 Park Avenue
New York, NY  10017
Tel: (646) 428-2600
Fax: (646) 428-2610

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LLADRO GALLERIES, INC. | Case No.  20-11618 |
| Debtor. | (Subchapter V) |

## NOTICE OF INTENT TO CONDUCT AUCTION

PLEASE TAKE NOTICE that in accordance with the Order Approving Bid Procedures [Docket No. 39] (the "Bid Procedures Order")  the Debtor has received a written expression of intent from a potential bidder and, subject to consultation with the Subchapter V Trustee, will conduct an auction in accordance with the Bid Procedures Order on **Monday, January 11, 2021 at 10:00 am EST** by remote means. Credentials to access the auction will be provided to all parties designated in the Bid Procedures Order and can otherwise be obtained by contacting counsel to the Debtor:  Peter Haley, Nelson Mullins Riley & Scarborough LLP, One Financial Center, Boston, MA 02111, peter.haley@nelsonmullins.com tel. 617-217-4714.

Dated:  January 8, 2021

1

NELSON MULLINS RILEY &
SCARBOROUGH LLP


By: */s/ Peter J. Haley*
Peter J. Haley (*pro hac vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 217-4714
Fax: (617) 217-4750
peter.haley@nelsonmullins.com

-and –

Alan F. Kaufman (Bar No. 3054707)
280 Park Avenue
New York, NY 10017
 Tel: (646) 428-2600
 Fax: (646) 428-2610

*Counsel for the Debtor and Debtor in Possession*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: January 8, 2021                              /s/ Peter J. Haley